

KMA Zuckert LLC
1350 Broadway, Suite 2410
New York, New York 10018
+1.212.922.0450 Main
www.kmazuckert.com

David Y. Loh
+1.212.991.5914 Direct
dloh@kmazuckert.com

March 21, 2022

**VIA ECF ONLY**

Hon. Jose R. Almonte
United States Magistrate Judge
United States District Court for the
  District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ  07101

RE:   Trailer Bridge Logistics, Inc., et al. v. Atlantic Specialty Ins. Co., et al. v.
        Sea Transport & Logistics, Inc. and C-Trans, Inc.
        2:21-cv-2879-SDW-JRA
        Our file:  448003.00006

<u>**JOINT STATUS LETTER**</u>

Dear Judge Almonte:

We are attorneys representing plaintiff TRAILER BRIDGE LOGISTICS, INC. and its subrogated cargo insurers in the above captioned matter, and submit this joint status letter in accordance with the Court's Order dated March 16, 2022 [D.E. No. 44] and in preparation for the March 24, 2022 status conference.

STATUS OF THE CASE

Fact discovery is scheduled to be completed by April 29, 2022.

On February 17, 2022, the parties conducted a mediation before Magistrate Judge Joseph A. Dickson (Ret.), but were unable to settle.

The Parties must now complete discovery.

On January 21, 2022, William Rosenthal, defendants' principal, was deposed.  During his deposition, Mr. Rosenthal confirmed the existence of additional documentation which plaintiffs asked be produced, and which defendants agreed to produce.  Because documents had not yet been produced, on March 9, 2022, plaintiff wrote to the Court to complain about defendants' failure to comply.

On March 18, 2022, defendants produced voluminous documents, but plaintiffs maintain that the following documents were not produced:

1.   Complete copy of Mr. Rosenthal's file which he referred to during his deposition;



2. What materials, if any, were provided to Coddington Adjusters;
3. Written statement of the driver;
4. Name and last known address of the driver;
5. Police report;
6. VIN of tractor;
7. Any communications from defendants to Trailer Bridge or Allegiant that the container was top heavy;
8. Any communications from defendants to Trailer Bridge or Allegiant that the container was not properly loaded;
9. A specimen copy of defendants' which is legible, front and back;
10. Color photos (defendants only provided B&W;
11. Any communications between defendants and Sedgwick and/or Frank Schaafsma.

Defense counsel has indicated that he will confirm that all responsive documents have been produced.

In addition, the parties have been asking for available dates to depose two (2) fact witnesses: Juan Valdez and the driver of the truck when it overturned.  Defendants have not disclosed the full name of the driver.

Defendants are determining whether they will need to conduct any depositions.

We thank the Court for its attention and courtesies, and remain,

                                                    Respectfully yours,

                                                    KMA ZUCKERT LLC

                                                    David Y. Loh

DYL/pc

cc:     VIA ECF ONLY

Law Office of Victoria A. Turchetti
Attorneys for Intervenor Plaintiff
ATLANTIC SPECIALTY INSURANCE COMPANY
One State Street Plaza, 31st Floor
New York, NY  10004-1561
Attention:  Joseph R. Federici, Esq.
jfederici@intactinsurance.com

Guarino & Co. Law Firm LLC
Attorneys for Defendants
SEA TRANSPORT & LOGISTICS, INC. and C-TRANS, INC.
300 Main Street, Suite 552



Madison, NJ  07940
Attention:  Phillip L. Guarino, Esq.
guarinolaw@gmail.com